

# KENNY NACHWALTER

E-Mail
wblechman@knpa.com

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

December 26, 2013

Hon. Nicholas G. Garaufis  *Via ECF*
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y.  11201

**Re:** *In re American Express Anti-Steering Rules Antitrust Litig. MDL 2221*

Dear Judge Garaufis:

    We write on behalf of the Merchant Plaintiffs to acknowledge receipt of the Court's Order dated December 23, 2013 setting a status conference for January 14, 2014 at 2 pm eastern.

Respectfully,

William J. Blechman

WJB:aag

475230.1

TEXAS OFFICE
ONE CONGRESS PLAZA
111 CONGRESS AVENUE, SUITE 1060
AUSTIN, TEXAS 78701
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

WASHINGTON SATELLITE OFFICE:
1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE 202.756.4373
FACSIMILE 202.756.7323