UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN EXPRESS<br>ANTI-STEERING RULES<br>ANTITRUST LITIGATION (II)<br><br>THIS DOCUMENT RELATES TO:<br><br>Individual Plaintiff Actions<br><br>        No. 08-CV-2315<br>        No. 08-CV-2316<br>        No. 08-CV-2317<br>        No. 08-CV-2380<br>        No. 08-CV-2406<br>        No. 11-CV-0337<br>        No. 11-CV-0338 | 11-MD-02221-NGG-RER<br>ECF CASE |

**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE EVIDENCE, OPINIONS, AND TESTIMONY OF CHARLES JOHN GOVE**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Evidence, Opinions and Testimony of Charles John Gove dated March 26, 2014 and the Declaration of Eric Brenner in Support of Defendants' *Daubert* Motions and Motions *In Limine* dated March 26, 2014 and the exhibits thereto, Defendants will move this Court, before the Honorable Nicholas G. Garaufis, at the Courthouse of the United States District Court, Eastern District of New York, located at 225 Cadman Plaza East, for an order, pursuant to Federal Rule of Evidence 702, excluding the evidence, opinions, and testimony of Charles John Gove at trial.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' responses to this Motion, if any, shall be due by April 17, 2014 pursuant to the Pre-Trial Scheduling Order.

Dated: March 26, 2014
New York, New York

Respectfully submitted,

|     /s/ Donald L. Flexner     |     /s/ Evan R. Chesler     |
|---|---|
| Donald L. Flexner | Evan R. Chesler |
| Philip C. Korologos | Peter T. Barbur |
| Eric J. Brenner | Kevin J. Orsini |
| BOIES, SCHILLER & FLEXNER LLP | CRAVATH, SWAINE & MOORE LLP |
| 575 Lexington Avenue, 7th Floor | 825 Eighth Avenue |
| New York, New York 10022 | New York, New York 10019 |
| Tel.: (212) 446-2300 | Tel.: (212) 474-1000 |
| Fax: (212) 446-2350 | Fax: (212) 474-3700 |

*Counsel for Defendants American Express Travel
Related Services Company, Inc. and American Express Company*