UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: AMERICAN EXPRESS ANTI-STEERING
RULES ANTITRUST LITIGATION                   11-MD-02221 (NGG) (RER)

This Document Relates To:
CONSOLIDATED CLASS ACTION
------------------------------------------------------------------x
THE MARCUS CORPORATION,
on behalf of itself and all similarly situated persons,

                                                                                       13-CV-07355 (NGG) (RER)

                                  Plaintiff,
          - against -

AMERICAN EXPRESS COMPANY, et al.,

                                  Defendants.
------------------------------------------------------------------x

**NOTICE OF CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE THAT Class Plaintiffs will move this Court, before the Honorable Nicholas G. Garaufis, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on September 17, 2014 at 10:00 a.m., or at such other time or upon such other date as the Court may direct, for an Order granting final approval to the settlement of the above captioned class actions.

Dated: April 15, 2014

                                                           **FRIEDMAN LAW GROUP, LLP**

                                                           /s/Gary B. Friedman_____
                                                           Gary B. Friedman
                                                           Tracey Kitzman
                                                           Scott Levy
                                                           Rebecca Quinn
                                                           270 Lafayette Street
                                                           New York, New York 10012
                                                           (212) 680-5150
                                                           gfriedman@flgllp.com

1

2

Mark Reinhardt, Esq.
Mark Wendorf, Esq.
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street
St. Paul, Minnesota 55101
(651) 297-2100

Read K. McCaffrey
**PATTON BOGGS LLP**
2550 M. Street, NW
Washington, DC 20037
(202) 457-6000

To:  All counsel via ECF