# Exhibit A

# EXHIBIT A

| Firm | Total Historic Rate Lodestar After All Reductions |
|---|---:|
| Friedman Law Group, LLP | $14,188,151.96 |
| Reinhardt Wendorf & Blanchfield | $11,791,236.75 |
| Patton Boggs, LLP | $8,025,758.00 |
| Murray Frank & Sailer | $6,757,438.58 |
| Chargois Mashayeh & Herron | $5,866,453.00 |
| Glancy Binkow & Goldberg, LLP | $5,643,550.00 |
| Chestnut & Cambronne | $3,865,205.50 |
| The David Law Firm | $3,682,645.00 |
| Cohen Milstein Sellers & Toll, PLLC | $1,942,898.00 |
| Pomerantz Haudek Grossman & Gross | $1,561,715.00 |
| Liddle & Robinson, LLP | $1,337,632.75 |
| Goldman Scarlato Karon & Penny, LLP | $1,083,893.50 |
| Whatley Drake & Kallas | $983,163.50 |
| Law Offices of Curtis V. Trinko | $933,875.50 |
| Spector Roseman Kodroff & Willis, PC | $815,122.50 |
| Schubert Jonckheer & Kolbe, LLP | $711,783.00 |
| Labaton Sucharow, LLP | $673,600.50 |
| Heins Mills & Olson, PLC | $645,460.00 |
| Quinn Conner Weaver Davies & Rouco, LLP | $583,392.50 |
| Freed Kanner London & Millen, LLC | $553,470.00 |
| McLafferty & Associates | $546,150.00 |
| Markun Zusman Freniere & Compton, LLP | $444,824.50 |
| Gustafson Gluek, PLLC | $244,563.75 |
| Trujillo Rodriguez & Richards, LLC | $222,807.00 |
| Law Offices of Robert W. Cohen | $211,867.50 |
| Law Office of Klari Neuwelt | $137,167.00 |
| Bancroft, PLLC | $86,888.00 |
| Chargois & Herron, LLP | $74,670.00 |
| Gupta Beck, PLLC | $65,000.00 |
| Sarraf Gentile, LLP | $39,487.50 |
| Diaz, Reus, Rolff & Targ | $32,345.00 |
| Gregory J. Hubachek, LLC | $22,350.00 |
| Law Offices of Karl J. Stoecker | $12,495.00 |
| Meredith Cohen Greenfogel & Skirnick, PC | $9,315.00 |
| **TOTAL** | **$73,796,375.79** |