# FRIEDMAN LAW GROUP LLP

270 Lafayette Street 14th Floor  New York, New York 10012-3327
tel. 212 680.5150    fax. 646 277.1151    www.flgllp.com

April 15, 2014

*By Hand Delivery & ECF*
Honorable Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *In re American Express Anti-Steering Rules Antitrust Litig.,* 11-MD-2221 (NGG);
*Marcus Corp. v. American Express,* 13-CV-07355 (NGG)

Dear Judge Garaufis:

On behalf of Class Plaintiffs, I am writing to transmit courtesy copies (in paper format, except as indicated below) of the following documents that were filed electronically today via ECF pursuant to the Scheduling Order of the Court, DE # 334:

A.   <u>Motion for Final Approval</u>

   1.   Notice of Motion For Final Approval Of Class Action Settlement;
   2.   Class Plaintiffs' Memorandum Of Law In Support Of Motion For Final Approval Of Class Action Settlement.  (The sealed version is annexed; a redacted version was also posted to ECF today: DE # 362.)
   3.   Declaration of Gary B. Friedman (relied upon in both motions) with Exhibits A through W.
   4.   CD-ROM containing Exhibits T, U and V to the Friedman Declaration.
   5.   Declaration of Alan S. Frankel, Ph.D. (The sealed version is annexed; a redacted version was also posted to ECF today: DE # 370.)
   6.   Declaration of Scott Levy with Exhibits 1 and 2
   7.   Declaration of Jude A. Olinger with Exhibit A
   8.   Declaration of Kenneth R. Feinberg (relied upon in both motions)

B.   <u>Motion For Fees And Costs</u>

   9.   Notice Of Motion By Class Counsel For Award Of Fees And Costs, And For Leave To Distribute Service Awards
   10.  Memorandum of Law In Support Of Motion By Class Counsel For Award Of Fees And Costs, And For Leave To Distribute Service Awards
   11.  Memorandum of Mark A. Wendorf, with Exhibits A through O.

Hon. Nicholas G. Garaufis
April 15, 2014
Page 2 of 2

    By separate transmission, we are sending today to Professor Hemphill via email Dr. Frankel's report and the materials relied upon by Dr. Frankel and Class Counsel in the Motion for Final Approval of Class Action Settlement.

    Respectfully submitted,

    *s/ Gary B. Friedman*

    Gary B. Friedman

cc:    All counsel, via ECF (without enclosures)

Case 1:13-cv-07355-NGG-RER   Document 161   Filed 04/15/14   Page 2 of 2 PageID #: 1219