UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION (II) | 11-MD-02221-NGG-RER ECF CASE |
| THIS DOCUMENT RELATES TO: CONSOLIDATED CLASS ACTION | |
| THE MARCUS CORP., On behalf of itself and all similarly situated persons, Plaintiff, -against- AMERICAN EXPRESS COMPANY, et al., Defendants. | 13-CV-07355-NGG-RER ECF CASE |

## NOTICE OF INTENT TO APPEAR AT HEARING ON THE AMERICAN EXPRESS CLASS ACTION SETTLEMENT

Please take notice that the National Retail Federation ("NRF") desires to appear and wants to speak at the Final Fairness Hearing for the cases called *In re American Express Anti-Steering Rules Antitrust Litigation (II)* and *The Marcus Corporation v. American Express Company.*

The personal information for the NRF is as follows:

Name: National Retail Federation
Address: 1011 New York Ave., N.W., Suite 1200, Washington, D.C. 20005,
Telephone Number: (202) 783-7971

The personal information for each person who intends to appear at the Final Fairness Hearing on behalf of the NRF is as follows:

1) Gregory A. Clarick, Outside Counsel, CLARICK GUERON REISBAUM LLP 40 West 25th Street, New York, New York 10010, (212) 633-4310;

2) Michael J. Canter, Outside Counsel, VORYS, SATER, SEYMOUR AND PEASE LLP, 52 East Gay Street, Columbus, Ohio 43215, (614) 464-6400;

3) Robert N. Webner, Outside Counsel, VORYS, SATER, SEYMOUR AND PEASE LLP, 52 East Gay Street, Columbus, Ohio 43215, (614) 464-6400; and

4) Kenneth J. Rubin, Outside Counsel, VORYS, SATER, SEYMOUR AND PEASE LLP, 52 East Gay Street, Columbus, Ohio 43215, (614) 464-6400.

Respectfully submitted,

CLARICK GUERON REISBAUM LLP

By: /s/ Gregory A. Clarick
Gregory A. Clarick
40 West 25th Street
New York, New York 10010
(212) 633-4310

VORYS, SATER, SEYMOUR AND PEASE LLP

Michael J. Canter (application for admission *pro hac vice* pending)
Robert N. Webner (application for admission *pro hac vice* pending)
Alycia N. Broz (application for admission *pro hac vice* pending)
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400

*Attorneys for Objector National Retail Federation*



GREGORY A. CLARICK
212 633 4313
GCLARICK@CGR-LAW.COM

**BY HAND DELIVERY**

May 22, 2014

Mr. Douglas C. Palmer
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re American Express Anti-Steering Rules Antitrust Litig.*, 11-MD-2221;
              *The Marcus Corp. v. American Express Company, et al.*, 13-CV-7355

Dear Mr. Palmer:

    Please find enclosed the National Retail Federation's Notice of Intent to Appear at the Hearing on the American Express Class Action Settlement, for filing in accordance with Paragraph 24 of the Class Settlement Preliminary Approval Order in the above-named matters.

                                        Very truly yours,

                                          Gregory A. Clarick

cc:    Mark Reinhardt, Esq.
        John F. LaSalle, Esq.