UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE: AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION

ORDER

11-MD-02221 (NGG) (RER)

------------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

Pursuant to the Class Settlement Preliminary Approval Order, dated February 11, 2014, the court has received the written report of its technical advisor, Professor C. Scott Hemphill, concerning the likely impact of the Class Settlement Agreement (the "Report"). (Dkt. 333 ¶ 32; see also Order, Feb. 28, 2014 (Dkt. 344) ¶ 2.) The court will forward a copy of the Report to counsel for the Class Plaintiffs and Defendants via email.

Because the Report relies in part on documents and information that are under seal, counsel for the parties to the Class Settlement Agreement are directed to confer on appropriate redactions to the Report and to provide the court a redacted version for public filing via email no later than August 15, 2014. Such redactions shall be as minimal as possible in order to enable class members to file comments on or objections to the Report. Provided the court agrees with the proposed redactions, the Clerk of the Court will place a public version of the Report on the docket for this matter. In the interim, the Report will be placed on the docket under seal.

Pursuant to the court's Class Settlement Preliminary Approval Order, the parties to the Class Settlement Agreement and any other member Settlement Class shall file their response(s) to the Report, if any, by September 2, 2014. No extensions of time will be given.

SO ORDERED.

s/ Nicholas G. Garaufis

Dated: Brooklyn, New York
August 12, 2014

NICHOLAS G. GARAUFIS
United States District Judge