IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION | Case No. 1:11-md-2221 NGG-RER<br><br>**Notice of Change of Firm Affiliation** |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION**

Please take notice that Read McCaffrey's firm affiliation and contact information will change as of January 30, 2015 as set forth below:

Read McCaffrey
The Law Offices of Marc Seldin Rosen
26 South Street
Baltimore, MD 21202
Tel: 410-244-1155
Email: rmccaffrey@triallaw.com

Respectfully submitted,

*/s/*
_____
Read McCaffrey

## CERTIFICATE OF SERVICE

I, Read McCaffrey, hereby certify that on January 20, 2015, a true and correct copy of the foregoing Notice of Change of Firm Affiliation was served upon Counsel of Record via the Court's ECF system.

                                                  */s/*
                                    _____
                                      Read McCaffrey