


**KENNY NACHWALTER**

FOUR SEASONS TOWER
1441 BRICKELL AVENUE
SUITE 1100
MIAMI, FLORIDA 33131
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KNPA.COM

E-MAIL:
rarnold@knpa.com

July 9, 2018

Hon. Nicholas G. Garaufis  *Via ECF*
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: **_In re American Express Anti-Steering Rules Antitrust Litig._ (MDL 2221)**

Dear Judge Garaufis:

In accordance with the Court's October 24, 2017 Order, the Merchant Plaintiffs and American Express jointly submit this letter regarding next steps in the Merchant Plaintiffs' Action following the Supreme Court's disposition of the Government Action.

The parties have conferred, and we jointly request that the Court schedule a case management conference to discuss the following points and any others the Court wishes to address.

In addition, the Parties have conferred, and we report: 1) for the convenience of the Court and to conform their pending motions to the Supreme Court's decision, the parties propose filing amended and restated versions of those motions that are already before the Court; and 2) American Express will file an additional motion for summary judgment. The affected motions that are already before the court are:

    A.    Defendants' Motion and Memorandum in Support of Summary Judgment Against the Individual Plaintiffs with Respect to the Existence of an Amex-only market (Sept. 26, 2013) (Dkt. No. 277); Merchant Plaintiffs' Opposition (Nov. 21, 2013) (Dkt. No. 287); Defendants' Reply (Jan. 9, 2014) (Dkt. No. 308); and Merchant Plaintiffs' Sur-Reply (Jan. 24, 2014) (Dkt. No. 324).

    B.    Merchant Plaintiffs' Motion and Memorandum in Support to Supplement Fact and Expert Discovery and File Amended Complaints (March 10, 2017) (Dkt. No. 792); Defendants' Opposition (March 31, 2017) (Dkt. No. 793); Merchant Plaintiffs' Supplemental Memorandum (May 12, 2017) (Dkt. No. 799); Defendants' Supplemental Memorandum (May 19, 2017) (Dkt. No. 800); Merchant Plaintiffs' Partial Response to Defendants' Supplemental Memorandum (May 24, 2017) (Dkt. No. 801); and Defendants' Response (May 25, 2017) (Dkt. No. 802).

TEXAS OFFICE
ONE CONGRESS PLAZA
111 CONGRESS AVENUE, SUITE 1060
AUSTIN, TEXAS 78701
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

WASHINGTON SATELLITE OFFICE:
1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE 202.756.4373
FACSIMILE 202.756.7323

The parties have further conferred regarding the schedule for these motions and propose the following:

| Event | Deadline |
|---|---|
| Plaintiffs amend or replace the existing motion for supplemental discovery and to file amended complaints | July 27, 2018 |
| Defendants respond to Plaintiffs' motion for supplemental discovery and to file amended complaints | August 24, 2018 |
| Defendants file their amended and restated summary judgment motion regarding Amex-only market | August 24, 2018 |
| Defendants file a new summary judgment motion | August 24, 2018 |
| Plaintiffs' reply in further support of their motion for supplemental discovery and to amend the complaints | September 21, 2018 |
| Plaintiffs oppose Defendants' summary judgment motion regarding Amex-only market | October 5, 2018[1] |
| Plaintiffs oppose Defendants' new summary judgment motion | October 5, 2018[2] |
| Defendants' reply to Plaintiffs' opposition to the SJ motion regarding Amex-only market | November 2, 2018 |
| Defendants' reply to Plaintiffs' opposition to the new SJ motion | November 2, 2018 |

---

[1] Plaintiffs' position is that Plaintiffs' opposition date for both summary judgment motions is conditioned on reviewing Defendants' papers. Plaintiffs' reserve their right to respond and oppose Defendants' summary judgment motions (at Plaintiffs' election) six weeks from either the denial of Plaintiffs' motion for supplemental discovery or the complete production of all supplemental discovery permitted by the Court in response to Plaintiffs' motion. Defendants' reply dates would also move accordingly. Plaintiffs will inform the court of this election within 14 days of receiving service of Defendants' summary judgment papers.

Defendants' position is that the arguments in Defendants' motions for summary judgment will not require additional discovery and Plaintiffs should submit opposition papers on October 5, 2018.

[2] *See* note 1.



**Hon. Nicholas G. Garaufis**                                                July 9, 2018

**Page 2**

    The parties jointly request oral argument on these motions at a convenient time for the Court.

    The parties have also conferred with regard to the Court's request for trial availability. The parties propose that the case be set for trial five months after the Court's order on the motions discussed above.

                                                                Respectfully submitted,

                                                                Richard Alan Arnold
                                                                For the Merchant Plaintiffs

RAA:mb

cc:   Evan Chesler, Esquire
        Donald Flexner, Esquire

581787.1

