**Conference Participant List**

## Conference Participant List

The following is a list of actual participants.

## Conference Information

**Start Date and Time:** Jul 17 2018 02:28 PM EDT, Tue
**End Date and Time:** Jul 17 2018 02:54 PM EDT, Tue
**Duration:** 0 hr 26 mins

**Conference Name:** RESERVATIONLESS SERVICE ACCOUNT 1
**Conference ID:** PMR3960

## Host and Arranger Information

**Host:** MJ REYES

**Phone Number:** (718)613-2284

**Arranger:** KAREN MCKELVEY AO DAR

**Phone Number:** (202)502-3305

* Note: The originating telephone number displayed depends on the information passed to AT&T by the local telephone carrier/telephone system.

**Participant Information**

**** Total Conference Attendance:** 16

| Participant Name | Originating Number* | Call Type | Start Date and Time | End Date and Time |
|---|---|---|---|---|
| Judge Reyes | (718)613-2600 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Brian Ratner | (202)540-7200 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Eric Bloom | (717)364-1030 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Kevin Orsini | (212)474-4920 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Zachary Davis Maureen Smith | (215)568-6200 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Lawrence Phillip Cramer | (615)742-4535 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Josh Gray | (646)345-5422 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Scott Martin | (646)357-1100 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Paul Slater | (312) 641-3200 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Matthew McCann | (212)554-4884 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Mark Reinhardt | (651)287-2100 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| David Everson | (816)691-3108 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Victoria Smith | (816)691-3360 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Joseph Vanek // David Germaine | (312)224-1505 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| William Blechman | (305)373-1000 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |
| Richard Arnold | (423)754-0163 | Audio | Jul 17 2018 02:30 PM Tue | Jul 17 2018 02:53 PM Tue |