# SPERLING & SLATER
PROFESSIONAL CORPORATION

TELEPHONE  
(312) 641-3200  
FACSIMILE  
(312) 641-6492

55 WEST MONROE STREET  
SUITE 3200  
CHICAGO, IL 60603

September 14, 2018

**VIA ECF**

Honorable Ramon E. Reyes, Jr.  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East, Rm. N.208  
Brooklyn, New York 11201

   Re: *In re: American Express Anti-Steering Rules Antitrust Litigation,*  
     Case No: 11-MD-2221-NGG-RER

Dear Judge Reyes:

  I write on behalf of the Merchant Plaintiffs and American Express in accord with the Court's August 16, 2018 Order for a monthly status report on discovery. The Parties are engaged in regular communications about complying with the supplemental discovery requests, including phone calls and written communications. At this time, there are no disputes to report to the Court. The Parties will keep the court apprised of the status of discovery and any disputes on a regular basis as the Court has directed.

               Respectfully Submitted,

               Paul E. Slater  
               Counsel for the Merchant Plaintiffs

cc: All Counsel of Record (via ECF)