# SPERLING & SLATER
PROFESSIONAL CORPORATION

TELEPHONE
(312) 641-3200
FACSIMILE
(312) 641-6492

55 WEST MONROE STREET
SUITE 3200
CHICAGO, IL 60603

November 8, 2018

**VIA ECF**
The Honorable Nicholas G. Garaufis
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   *Re:* *In re: American Express Anti-Steering Rules Antitrust Litigation,*
     **Case No: 11-MD-2221-NGG-RER**

Dear Judge Garaufis and Judge Reyes:

  I write on behalf of the Merchant Plaintiffs and American Express regarding a proposed adjustment to the jointly proposed discovery schedule previously provided to the Court on August 10, 2018 (ECF No. 819), and approved in the Court's August 16, 2018 Minute Entry. The proposed adjustment moves the completion date for all expert discovery from February 15, 2019 to March 15, 2019, and is necessary to accommodate a health issue for Professor Bernheim, one of American Express' experts. In connection with these discussions, the parties have also met and conferred regarding all other pretrial milestones and jointly propose the attached pretrial schedule. The requested adjustment does not impact the scheduled April 29 trial date.

  The parties are available to discuss this proposed schedule at any time convenient for the Court.

              Respectfully submitted,

              Paul E. Slater
              Counsel for the Merchant Plaintiffs

cc: Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION (II) | Master File No: 11-MD-2221 (NGG) (RER) |
| This Document Relates to:<br><br>*Rite Aid Corporation, et al. v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-2315-NGG-RER<br><br>*CVS Pharmacy, Inc. v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-02316-NGG-RER<br><br>*Walgreen Co. v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-2317-NGG-RER<br><br>*BI-LO, LLC v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-02380-NGG-RER<br><br>*H.E. Butt Grocery Co. v. American Express Travel Related Services Co. Inc.*, Case No: 08-cv-02406-NGG-RER<br><br>*The Kroger Co., Safeway, Inc., Ahold USA, Inc., Albertson's LLC, Hy-Vee, Inc., The Great Atlantic & Pacific Tea Company, Inc. v. American Express Travel Related Services Co., Inc.*, Case No: 11-cv-0337-NGG-RER<br><br>*Meijer, Inc., Publix Super Markets, Inc., Raley's, and Supervalu v. American Express Travel Related Services Co., Inc.*, Case No: 11-cv-0338-NGG-RER | |

**[PROPOSED] PRETRIAL SCHEDULE**

| Pre-Trial Event | Deadline |
|---|---|
| **Exchange initial discovery requests** | **August 10, 2018[1]** |
| **Supplement initial discovery requests** | **August 13, 2018** |
| **Meet and confer regarding the discovery requests** | **August 14, 2018** |
| **Joint Letter to Court regarding discovery disputes, if any** | **August 15, 2018** |
| **Teleconference with the Court at 12:00 PM** | **August 16, 2018** |
| **Document production substantially complete** | **September 28, 2018** |
| **Close of additional fact discovery (*subject to discussion regarding requests)** | **October 17, 2018** |
| **Plaintiffs' additional expert reports due** | **November 16, 2018** |
| Parties exchange initial deposition designations | December 21, 2018 |
| **American Express' additional expert reports due** | **January 4, 2019** |
| Parties exchange trial witness lists | January 11, 2019 |
| Parties exchange deposition counter-designations and objections to initial deposition designations | January 25, 2019 |
| Parties exchange draft statements of undisputed facts relevant to their respective claims and defenses | January 25, 2019 |
| Parties exchange proposed voir dire, jury instructions, and verdict sheets | January 25, 2019 |
| American Express' Bernheim expert report due | February 1, 2019 |
| Parties exchange trial exhibit lists | February 8, 2019 |
| Parties exchange responsive deposition designations and objections to counter-designations | February 22, 2019 |
| Plaintiffs' additional reply expert reports due | March 1, 2019 |

---

[1] The bolded entries are those previously presented to the Court on August 10, 2018 (ECF No. 819), and approved in the Court's August 16, 2018 Minute Entry.

| | |
|---|---|
| Parties exchange any supplemental exhibit and witness lists | March 6, 2019 |
| Parties conclude meet and confer discussions regarding voir dire, jury instructions, and verdict sheet(s) | March 8, 2019 |
| Parties exchange proposed edits, in redline, to statement of undisputed facts for pre-trial order | March 8, 2019 |
| Expert depositions complete | March 15, 2019 |
| Each party designating trial exhibits or deposition testimony that a non-party designated as confidential shall give notice to the non-party that the materials may be publicly disclosed at trial | March 15, 2019 |
| Parties exchange objections to trial exhibit lists | March 15, 2019 |
| *Daubert* Motions and Motions *in Limine* Due | March 15, 2019 |
| Parties exchange proposed stipulations regarding admissibility of trial exhibits | March 20, 2019 |
| Parties conclude meet and confer regarding proposed stipulations of fact for pre-trial order | March 22, 2019 |
| Parties submit to Court a joint submission of the parties' proposed voir dire, jury instructions, and verdict sheet(s) | March 26, 2019 |
| Parties File Pretrial Memoranda and Joint Pretrial Order | March 29, 2019 |
| Responses to Motions *in Limine* Due | March 29, 2019 |
| Any party or non-party must file any motions objecting to public disclosure at trial of any trial exhibits or designated deposition testimony (or, must file any stipulations and proposed orders regarding such materials) | March 29, 2019 |
| Oppositions to *Daubert* motions due | April 5, 2019 |
| Parties file any oppositions to motions concerning public disclosure of exhibits and deposition testimony | April 12, 2019 |
| Oral argument on *Daubert* and/or Motions *in Limine* | TBD |
| Final Pretrial Conference | TBD |
| Jury Selection Begins | April 15, 2019 |

- 3 -

- 4 -

| Final Trial Exhibits Exchanged | April 18, 2019 |
| --- | --- |
| Trial Begins | April 29, 2019 |

SO ORDERED:

Dated: _____                                       _____
                                                                                     Honorable Nicholas G. Garaufis
                                                                                      United States District Judge