UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION (II) | Master File No: 11-MD-2221 (NGG) (RER) |
|---|---|
| This Document Relates to:<br><br>*Rite Aid Corporation, et al. v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-2315-NGG-RER<br><br>*CVS Pharmacy, Inc. v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-02316-NGG-RER<br><br>*Walgreen Co. v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-2317-NGG-RER<br><br>*BI-LO, LLC v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-02380-NGG-RER<br><br>*H.E. Butt Grocery Co. v. American Express Travel Related Services Co. Inc.*, Case No: 08-cv-02406-NGG-RER<br><br>*The Kroger Co., Safeway, Inc., Ahold USA, Inc., Albertson's LLC, Hy-Vee, Inc., The Great Atlantic & Pacific Tea Company, Inc. v. American Express Travel Related Services Co., Inc.*, Case No: 11-cv-0337-NGG-RER<br><br>*Meijer, Inc., Publix Super Markets, Inc., Raley's, and Supervalu v. American Express Travel Related Services Co., Inc.*, Case No: 11-cv-0338-NGG-RER | |

## [PROPOSED] PRETRIAL SCHEDULE

| Pre-Trial Event | Deadline |
|---|---|
| Parties exchange initial deposition designations | January 18, 2019 |
| American Express' additional expert reports due | February 1, 2019 |
| Parties exchange trial witness lists | March 1, 2019 |
| Parties exchange deposition counter-designations and objections to initial deposition designations | March 1, 2019 |
| Parties exchange trial exhibit lists | March 8, 2019 |
| Parties exchange draft statements of undisputed facts relevant to their respective claims and defenses | March 15, 2019 |
| Parties exchange proposed voir dire, jury instructions, and verdict sheets | March 15, 2019 |
| Plaintiffs' additional reply expert reports due | March 29, 2019 |
| Parties exchange any supplemental exhibit and witness lists | April 5, 2019 |
| Parties exchange responsive deposition designations and objections to counter-designations | April 12, 2019 |
| Expert depositions complete | April 19, 2019 |
| Each party designating trial exhibits or deposition testimony that a non-party designated as confidential shall give notice to the non-party that the materials may be publicly disclosed at trial | April 19, 2019 |
| *Daubert* Motions and Motions *in Limine* Due | April 26, 2019 |
| Parties conclude meet and confer discussions regarding voir dire, jury instructions, and verdict sheet(s) | May 3, 2019 |
| Parties exchange proposed edits, in redline, to statement of undisputed facts for pre-trial order | May 3, 2019 |
| Parties exchange objections to trial exhibit lists | May 3, 2019 |

| | |
|---|---|
| Parties exchange proposed stipulations regarding admissibility of trial exhibits | May 10, 2019 |
| Parties conclude meet and confer regarding proposed stipulations of fact for pre-trial order | May 10, 2019 |
| Any party or non-party must file any motions objecting to public disclosure at trial of any trial exhibits or designated deposition testimony (or, must file any stipulations and proposed orders regarding such materials) | May 10, 2019 |
| Responses to Motions *in Limine* Due | May 17, 2019 |
| Parties submit to Court a joint submission of the parties' proposed voir dire, jury instructions, and verdict sheet(s) | May 21, 2019 |
| Parties File Pretrial Memoranda and Joint Pretrial Order | May 21, 2019 |
| Oppositions to *Daubert* motions due | May 24, 2019 |
| Parties file any oppositions to motions concerning public disclosure of exhibits and deposition testimony | May 31, 2019 |
| Oral argument on *Daubert* and/or Motions *in Limine* | TBD |
| Final Pretrial Conference | TBD |
| Final Trial Exhibits Exchanged | TBD |
| Jury Selection and Trial Begin | June 10, 2019* |

\* Subject to confirmation with the parties and the Court.

SO ORDERED:

Dated: December 12, 2018

s/Nicholas G. Garaufis
Honorable Nicholas G. Garaufis
United States District Judge