# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | THOMAS E. DUNN | WORLDWIDE PLAZA | ALYSSA K. CAPLES | JONATHAN J. KATZ |
| EVAN R. CHESLER | MARK I. GREENE | 825 EIGHTH AVENUE | JENNIFER S. CONWAY | MARGARET SEGALL D'AMICO |
| RICHARD W. CLARY | DAVID R. MARRIOTT | NEW YORK, NY 10019-7475 | MINH VAN NGO | RORY A. LERARIS |
| STEPHEN L. GORDON | MICHAEL A. PASKIN | | KEVIN J. ORSINI | KARA L. MUNGOVAN |
| ROBERT H. BARON | ANDREW J. PITTS | TELEPHONE: +1-212-474-1000 | MATTHEW MORREALE | NICHOLAS A. DORSEY |
| DAVID MERCADO | MICHAEL T. REYNOLDS | FACSIMILE: +1-212-474-3700 | JOHN D. BURETTA | ANDREW C. ELKEN |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | | J. WESLEY EARNHARDT | JENNY HOCHENBERG |
| PETER T. BARBUR | GEORGE E. ZOBITZ | | YONATAN EVEN | VANESSA A. LAVELY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | | BENJAMIN GRUENSTEIN | G.J. LIGELIS JR. |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | | JOSEPH D. ZAVAGLIA | MICHAEL E. MARIANI |
| RICHARD HALL | GARY A. BORNSTEIN | CITYPOINT | STEPHEN M. KESSING | LAUREN R. KENNEDY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | ONE ROPEMAKER STREET | LAUREN A. MOSKOWITZ | SASHA ROSENTHAL-LARREA |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | LONDON EC2Y 9HR | DAVID J. PERKINS | ALLISON M. WEIN |
| STEPHEN L. BURNS | DAVID S. FINKELSTEIN | TELEPHONE: +44-20-7453-1000 | JOHNNY G. SKUMPIJA | |
| KATHERINE B. FORREST | DAVID GREENWALD | FACSIMILE: +44-20-7860-1150 | J. LEONARD TETI, II | |
| KEITH R. HUMMEL | RACHEL G. SKAISTIS | | D. SCOTT BENNETT | |
| DAVID J. KAPPOS | PAUL H. ZUMBRO | | TING S. CHEN | SPECIAL COUNSEL |
| DANIEL SLIFKIN | ERIC W. HILFERS | | CHRISTOPHER K. FARGO | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | GEORGE F. SCHOEN | | KENNETH C. HALCOM | |
| WILLIAM J. WHELAN, III | ERIK R. TAVZEL | WRITER'S DIRECT DIAL NUMBER | DAVID M. STUART | |
| PHILIP J. BOECKMAN | CRAIG F. ARCELLA | +1-212-474-1243 | AARON M. GRUBER | |
| WILLIAM V. FOGG | DAMIEN R. ZOUBEK | | O. KEITH HALLAM, III | |
| FAIZA J. SAEED | LAUREN ANGELILLI | WRITER'S EMAIL ADDRESS | OMID H. NASAB | OF COUNSEL |
| RICHARD J. STARK | TATIANA LAPUSHCHIK | echesler@cravath.com | DAMARIS HERNÁNDEZ | MICHAEL L. SCHLER |

January 25, 2019

In re American Express Anti-Steering Rules Antitrust Litigation (II),
No. 11-MD-2221-NGG-RER

Dear Judge Garaufis:

       The Merchant Plaintiffs and the American Express Defendants submit this joint letter in response to the Court's January 14, 2019 order directing the parties to provide an update regarding the anticipated length of trial in light of the Court's summary judgment order.

       As indicated at the status conference on December 3, 2018 (Tr. 3:20-4:18), all parties believe that a trial of the case as presently constituted should take approximately four weeks of trial time, which we assume represents approximately 100 hours to be divided evenly between the two sides.

       With respect to the Court's request that the parties schedule a status conference to discuss pretrial issues, the parties are conferring on dates and will contact the Court's Deputy.

Respectfully,

/s/ Evan R. Chesler

Evan R. Chesler

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

BY HAND DELIVERY

Copies to all counsel of record

BY ECF