**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION (II) | Master File No: 11-MD-02221 (NGG)(RER) |
| This Document Relates to:<br><br>*Rite Aid Corporation, et al. v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-2315-NGG-RER<br><br>*CVS Pharmacy, Inc. v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-02316-NGG-RER<br><br>*Walgreen Co. v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-2317-NGG-RER<br><br>*BI-LO, LLC v. American Express Travel Related Services Co., Inc.*, Case No: 08-cv-02380-NGG-RER<br><br>*H.E. Butt Grocery Co. v. American Express Travel Related Services Co. Inc.*, Case No:   08-cv-02406-NGG-RER<br><br>*The Kroger Co., Safeway, Inc., Ahold USA, Inc., Albertson's LLC, Hy-Vee, Inc., The Great Atlantic & Pacific Tea Company, Inc. v. American Express Travel Related Services Co., Inc.*, Case No: 11-cv-0337-NGG-RER<br><br>*Meijer, Inc., Publix Super Markets, Inc., Raley's, and Supervalu v. American Express Travel Related Services Co., Inc.*, Case No:   11-cv-0338-NGG-RER | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF MERCHANT PLAINTIFF ACTIONS** |

1

Whereas Plaintiffs Ahold U.S.A., Inc.; Albertson's, LLC; BI-LO, LLC; CVS Pharmacy, Inc.; The Great Atlantic & Pacific Tea Company, Inc.; H.E. Butt Grocery Co.; Hy-Vee, Inc.; The Kroger Co.; Meijer, Inc.; Publix Super Markets, Inc.; Raley's Inc.; Rite Aid Corporation and Rite Aid HDQTRS. Corp.; Safeway Inc.; Supervalu Inc.; and Walgreen Co. (collectively "Merchant Plaintiffs"), having settled their respective actions against Defendants American Express Company ("American Express") and its wholly-owned subsidiary American Express Travel Related Services Company, Inc. ("American Express Travel") (collectively referred to as "Amex"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Merchant Plaintiffs' actions against Amex be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, it is hereby ordered, adjudged, and decreed that the actions of the Merchant Plaintiffs be and hereby are dismissed with prejudice, with each side to bear to its own attorneys' fees and costs.

Dated: April 12, 2019.

KENNY NACHWALTER, P.A.

By:   /s/ *Richard Alan Arnold*
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel Randall, Esquire
Four Seasons Tower
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com
            srandall@knpa.com

*Counsel for The Kroger Co., Safeway, Inc., Ahold USA, Inc., Albertson's LLC, Hy-Vee, Inc., The Great Atlantic & Pacific Tea Company, and Walgreen Co.*

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: ___/s/ *Eric L. Bloom*_____
Eric L. Bloom, Esquire
Maureen S. Lawrence, Esquire
2805 Old Post Road
Suite 100
Harrisburg, PA  17110
Tel: (717) 364-1030
Fax: (717) 364-1020
E-mail: ebloom@hangley.com
mlawrence@hangley.com

*Counsel for the Rite Aid Corporation, Rite Aid HDQTRS. Corp. and BI-LO, LLC*

STINSON LEONARD STREET LLP

By: ___/s/ *David Everson*_____
David E. Everson, Esquire
7700 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-1821
Tel: (816) 691-3108
Fax: (816) 412-1131
E-mail: david.everson@stinsonleonard.com

*Counsel for H.E. Butt Grocery Company*

n/a
n/a

n/a

SPERLING & SLATER, P.C.

By: __/s/ *Paul E. Slater*_____
Paul E. Slater, Esquire
Joseph M. Vanek, Esquire
David P. Germaine, Esquire
Matthew T. Slater, Esquire
55 West Monroe Street
Suite 3200
Chicago, Illinois  60603
Tel:    (312) 641-3200
Fax:    (312) 641-6492
E-mail: pes@sperling-law.com
        jvanek@sperling-law.com
        dgermaine@sperling-law.com
        mslater@sperling-law.com

*Counsel for the CVS Pharmacy, Inc., Meijer, Inc., Publix Super Markets, Inc., Raley's, and Supervalu Inc.*

– and –

CRAVATH, SWAINE & MOORE LLP

By: __/s/ *Evan R. Chesler*_____
Evan R. Chesler, Esquire
Peter T. Barbur, Esquire
Kevin J. Orsini, Esquire
Rory A. Leraris, Esquire
825 Eighth Avenue
New York, NY 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700
E-mail: echesler@cravath.com
        pbarbur@cravath.com
        korsini@cravath.com
        rleraris@cravath.com

*Counsel for American Express Company and American Express Travel Related Services Company, Inc.*

**SO ORDERED:**

_____           **Dated:** _____
**United States District Court Judge**