# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

| | |
|---|---|
| JOHN W. WHITE | THOMAS E. DUNN |
| EVAN R. CHESLER | MARK I. GREENE |
| RICHARD W. CLARY | DAVID R. MARRIOTT |
| STEPHEN L. GORDON | MICHAEL A. PASKIN |
| ROBERT H. BARON | ANDREW J. PITTS |
| DAVID MERCADO | MICHAEL T. REYNOLDS |
| CHRISTINE A. VARNEY | ANTONY L. RYAN |
| PETER T. BARBUR | GEORGE E. ZOBITZ |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE |
| RICHARD HALL | GARY A. BORNSTEIN |
| JULIE A. NORTH | TIMOTHY G. CAMERON |
| ANDREW W. NEEDHAM | KARIN A. DEMASI |
| STEPHEN L. BURNS | DAVID S. FINKELSTEIN |
| KATHERINE B. FORREST | DAVID GREENWALD |
| KEITH R. HUMMEL | RACHEL G. SKAISTIS |
| DAVID J. KAPPOS | PAUL H. ZUMBRO |
| DANIEL SLIFKIN | ERIC W. HILFERS |
| ROBERT I. TOWNSEND, III | GEORGE F. SCHOEN |
| WILLIAM J. WHELAN, III | ERIK R. TAVZEL |
| PHILIP J. BOECKMAN | CRAIG F. ARCELLA |
| WILLIAM V. FOGG | DAMIEN R. ZOUBEK |
| FAIZA J. SAEED | LAUREN ANGELILLI |
| RICHARD J. STARK | TATIANA LAPUSHCHIK |

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

| | |
|---|---|
| ALYSSA K. CAPLES | JONATHAN J. KATZ |
| JENNIFER S. CONWAY | MARGARET SEGALL D'AMICO |
| MINH VAN NGO | RORY A. LERARIS |
| KEVIN J. ORSINI | KARA L. MUNGOVAN |
| MATTHEW MORREALE | NICHOLAS A. DORSEY |
| JOHN D. BURETTA | ANDREW C. ELKEN |
| J. WESLEY EARNHARDT | JENNY HOCHENBERG |
| YONATAN EVEN | VANESSA A. LAVELY |
| BENJAMIN GRUENSTEIN | G.J. LIGELIS JR. |
| JOSEPH D. ZAVAGLIA | MICHAEL E. MARIANI |
| STEPHEN M. KESSING | LAUREN R. KENNEDY |
| LAUREN A. MOSKOWITZ | SASHA ROSENTHAL-LARREA |
| DAVID J. PERKINS | ALLISON M. WEIN |
| JOHNNY G. SKUMPIJA | |
| J. LEONARD TETI, II | |
| D. SCOTT BENNETT | |
| TING S. CHEN | SPECIAL COUNSEL |
| CHRISTOPHER K. FARGO | SAMUEL C. BUTLER |
| KENNETH C. HALCOM | |
| DAVID M. STUART | |
| AARON M. GRUBER | |
| O. KEITH HALLAM, III | |
| OMID H. NASAB | OF COUNSEL |
| DAMARIS HERNÁNDEZ | MICHAEL L. SCHLER |

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1058

WRITER'S EMAIL ADDRESS
pbarbur@cravath.com

May 24, 2019

<u>In re American Express Anti-Steering Rules Antitrust Litig. (II), No. 11-MD-2221-NGG-RER</u>

Dear Judge Garaufis:

   I write on behalf of the American Express Defendants ("Amex") in response to Plaintiffs' May 22, 2019 letter regarding the Supreme Court's decision in *Lamps Plus, Inc. v. Varela*, 139 S. Ct. 1407 (2019). The holding in *Lamps Plus*—that class arbitration cannot be compelled when the parties' intent is ambiguous—has nothing to do with this case because the parties here agree that Amex's agreements with Plaintiffs unambiguously foreclose class arbitration. Moreover, the Court in *Lamps Plus* required the parties there to proceed with individual arbitrations, which is exactly the opposite of what Plaintiffs seek here. To the extent the decision in *Lamps Plus* is relevant at all, it is because the Supreme Court again underscored that "[t]he FAA requires courts to 'enforce arbitration agreements according to their terms'"— even when they preclude class actions. *Lamps Plus*, 139 S. Ct. at 1415 (citing *Epic Sys. Corp. v. Lewis*, 138 S. Ct. 1612, 1619 (2018) (quoting *American Express Co. v. Italian Colors Restaurant*, 570 U.S. 228, 233 (2013))).

   Plaintiffs' lengthy discussion of what supposedly "flows" from the *Lamps Plus* decision is unavailing. This is just a rehash, untethered from the actual facts and holding in *Lamps Plus*, of the same policy arguments Plaintiffs made in opposition to Amex's motion to compel arbitration. Amex has already fully responded to these arguments, which were—as Amex has explained—rejected by the Supreme Court in *Italian Colors*.

                   Respectfully submitted,

                     /s/ Peter T. Barbur
                       Peter T. Barbur

Hon. Nicholas G. Garaufis
   United States District Court
      Eastern District of New York
         225 Cadman Plaza East
           Brooklyn, NY 11201

VIA ECF

Copies to all counsel of record

VIA ECF