MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of March, two thousand twenty.

In Re: American Express Anti-Steering Rules Antitrust Litigation (NO II),
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Animal Land, Inc., Lopez-Dejonge, Inc.,
Italian Colors Restaurant, Cohen Rese Gallery, Inc., Jasa, Inc.,
on behalf of themselves, Jasa, Inc., and all similarly situated persons, Plymouth Oil Corp.,
LaJolla Auto Tech, Inc., Qwik Lube LLC, IL Forno, Inc., Clam Lake Partners LLC,

**Order**
Docket.
20-580

   Plaintiffs - Appellants,

Walgreen Co, Firefly Air Solutions, LLC, Meijer, Inc., Publix Super Markert, Inc., Rookies, Inc., Raley's, Bar Hama LLC, Supervalu Inc., CVS Pharmacy, Inc., Bi-Lo, LLC, H.E.B Grocery Company, The Kroger Co., Safeway Inc., Ahold U.S.A. Inc., Albertson's LLC, Hy-Vee, Inc., The Great Atlantic and Pacific Tea Company Inc., Treehouse, Inc., National Supermarkets Association, Inc., on behalf of its membership, and all other similarly situated persons, Plaintiffs, All Class Plaintiffs, The Marcus Corporation, Bill McCauley, Read McCaffrey, Hillary Jaynes, Anthony Oliver, Bernadette Martin, Bryan Huey, James Eaton, Paul Kashishian, Gianna Valdes, Chad Tintrow, Matthew Moriarty, Andrew Amend, Igor Gelman, Zachary Draper, Shawn O'Keefe, Francisco Robleto,, Jr., Thomas Michael Reid, Plymouth Oil Corparation, Rite Aid Corporation,

   Plaintiffs,
v.

American Express Travel Related Services Company, Inc,, American Express Company,

   Defendants - Appellees,

Susan Burdette,

   Defendant,

Circuit City Liquidating Trust, The RSH Liquidating Trust, Holiday Companies, Gander Mountain Company, Commonwealth Hotels, Inc., Keila Ravelo,

MANDATE ISSUED ON 03/17/2020

        Intervenors.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

                                                  For The Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit