

MICHAEL HAUSFELD  1700 K Street, NW
Chairman  Suite 650
Washington, DC 20006

202-540-7140 Direct
202-540-7200 Main
202-540-7201 Fax

**BY ECF**

March 26, 2020

Hon. Nicholas G. Garaufis
United States District Judge
United States Courthouse, Eastern District of New York
Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *In re American Express Anti-Steering Rules Antitrust Litigation*, No. 11-MD-2221 (NGG)(RER)

Dear Judge Garaufis:

    I write with consent of counsel for Defendants in the above-referenced litigation, in response to the Court's March 20, 2020 direction that the parties submit a proposed briefing schedule for Plaintiffs' anticipated motion to (1) certify for interlocutory appeal under 28 U.S.C. § 1292(b) the Court's Memorandum & Order, ECF No. 895 (the "Order"), granting the motion by Defendants to compel arbitration of the Amex Class's claims; and (2) enter a partial final judgment pursuant to Fed. R. Civ. P. 54(b) or, in the alternative, certify for interlocutory appeal under section 1292(b) the Order, granting Defendants' motion to dismiss the Visa/MasterCard/Discover ("V/MC/D") Class's claims.

    The parties have conferred, taking into account the current circumstances, and propose the following schedule:

Moving papers to be served by Tuesday, April 7, 2020;
Opposition papers to be served by Tuesday, April 28, 2020; and
Reply papers to be served by Friday, May 8, 2020.

    All parties hope Your Honor, chambers, and your extended families are safe and well.

Respectfully submitted,

*/s/ Michael D. Hausfeld*

Michael D. Hausfeld
*Counsel for Plaintiffs*