**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
IN RE: AMERICAN EXPRESS ANTI-STEERING           :
RULES ANTITRUST LITIGATION                               :          No. 11-MD-2221 (NGG)(RER)
:
This Document Relates to:                                         :
:
**CONSOLIDATED CLASS ACTION**                    :
:
---------------------------------------------------------------x

**PLAINTIFFS' NOTICE OF APPEAL**

TO:   Peter T. Barbur
      Evan R. Chesler
      Kevin J. Orsini
      Rory A. Leraris
      CRAVATH, SWAINE & MOORE LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019
      (212) 474-1000
      *Attorneys for Defendants American Express*
      *Company and American Express Travel*
      *Related Services Company, Inc.*

Notice is hereby given that Qwik Lube, LLC and LaJolla Auto Tech, Inc., on behalf of themselves and all others similarly situated ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum & Order (ECF No. 895) entered by this Court on January 15, 2020 (the "Opinion"), and from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Opinion.[1] On May 13, 2020, the Court granted partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) as to the claims brought by the

---

[1] The Opinion dismissed all claims asserted by the Visa/MasterCard/Discover ("V/MC/D") Class. *See* ECF No. 895 at 30.

V/MC/D Class permitting appeal, which partial final judgment was entered on May 14, 2020 (ECF No. 907). Plaintiffs are qualified to bring this appeal as representatives of the class.

Dated: June 8, 2020

Respectfully submitted,

/s/ Michael D. Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
mhausfeld@hausfeld.com

Irving Scher
Scott A. Martin
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Phone: (646) 357-1100
ischer@hausfeld.com
smartin@hausfeld.com

*Interim Lead Counsel for the Class Plaintiffs*

Mark Reinhardt
Mark A. Wendorf
REINHARDT WENDORF &
BLANCHFIELD
1250 East First National Bank
332 Minnesota Street
St. Paul, MN 55101
(651) 287-2100

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605

*Counsel for the Class Plaintiffs*