# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>**CONSOLIDATED CLASS ACTION** | No. 11-MD-2221 (NGG)(RER) |

## NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE CLERK AND ALL PARTIES OF RECORD:**

The Court and the parties are hereby notified that Brian A. Ratner, counsel in this matter on behalf of Plaintiffs Animal Land, Inc., Clam Lake Partners LLC, IL Forno, Inc., Italian Colors Restaurant, Jasa, Inc.(and all similarly situated persons), LaJolla Auto Tech, Inc., Lopez-Dejonge, Inc., Plymouth Oil Corp., and Qwik Lube LLC. has changed his firm address for service and all other communications. The new firm address is as follows:

Brian A. Ratner
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
bratner@hausfeld.com

Telephone numbers and email address remain unchanged.

Dated: November 2, 2020

Respectfully submitted,

/s/*Brian A. Ratner*
Brian A. Ratner
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: bratner@hausfeld.com

## CERTIFICATE OF SERVICE

  I hereby certify that on November 2, 2020, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

            /s/ *Brian A. Ratner*
            Brian A. Ratner