**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------x
:
IN RE: AMERICAN EXPRESS ANTI-STEERING :
RULES ANTITRUST LITIGATION : No. 11-MD-2221
(NGG)(RER) :
:
:
This Document Relates to :
:
**CONSOLIDATED CLASS ACTION** :
:
------------------------------------------x

# MOTION TO WITHDRAW APPEARANCE OF ATTORNEY

**PLEASE TAKE NOTICE** that effective immediately, I, Jeanette Bayoumi, hereby notify the Court of my withdrawal as counsel of record for Plaintiff, Plymouth Oil Corporation. Michael Hausfeld, Scott Martin, Irving Sher, and Kimberly Fetsick of Hausfeld LLP will continue to appear on behalf of Plaintiff and no delay in the progress of this action will result from the withdrawal.

Dated: January 18, 2022                                    Respectfully submitted,

/s/ *Jeanette Bayoumi*
Jeanette Bayoumi
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel: 646-357-1100
Fax: 212-202-4322
jbayoumi@hausfeld.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2022, I caused the foregoing Motion for Withdrawal to be filed with the Clerk of the Court and to be served upon all counsel of record in this action using the United States District Court for the Eastern District of New York Electronic Case Filing ("ECF") System.

The document is available for viewing and downloading from the ECF System.

Dated:  January 18, 2022

/s/ *Jeanette Bayoumi*
Jeanette Bayoumi
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel: 646-357-1100
Fax: 212-202-4322
jbayoumi@hausfeld.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------- x
:
IN RE: AMERICAN EXPRESS ANTI-STEERING :
RULES ANTITRUST LITIGATION : No. 11-MD-2221
(NGG)(RER) :
:
This Document Relates to :
:
**CONSOLIDATED CLASS ACTION** :
:
------------------------------------------- x

# ORDER

**AND NOW**, this _____ day of January, 2022, upon consideration of the Motion of to Withdraw Appearance for Plaintiff Plymouth Oil Corporation, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the appearance of Jeanette Bayoumi as counsel for the Plaintiff is withdrawn.

_____
Nicholas G. Garaufis
United States District Judge